AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael David Barrett, | ) Case No. 09-2270M |
| aka "Mark Bennett" | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, ~~or to a preliminary hearing under Fed. R. Crim. P. 32.1~~.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 ~~or Fed. R. Crim. P. 32.1~~.

Date: 10-15-09

*Michael Barrett*
Defendant's signature

*[signature]*
Signature of defendant's attorney

RICHARD BEUKE #3126841 IL.
Printed name and bar number of defendant's attorney

53 W. Jackson CHyo.Il.
Address of defendant's attorney

RichardBeuke@gmail.com
E-mail address of defendant's attorney

3-12-427-3050
Telephone number of defendant's attorney

312-427-1215
FAX number of defendant's attorney

CERTIFICATE OF SERVICE

I, **YOLANDA AGUAYO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above--entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of:   **WAIVER OF PRELIMINARY HEARING**   Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: Mail, addressed

[X] Placed in a sealed envelope for collection and mailing via United States as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**RICHARD BURKE, ESQ.**
**Law Offices**
**53 West Jackson, Suite 1410**
**Chicago, IL 60604**

This Certificate is executed on October 15, 2009, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Yolanda Aguayo*
YOLANDA AGUAYO