UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**ORIGINAL**

Case Number CR 09-01215    Defendant Number 1
U.S.A. v. Michael David Barrett    Year of Birth 1961
☐ Indictment   ☑ Information    Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

**OFFENSE/VENUE**
a. Offense charged as a:
  ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
  ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense January 29, 2008 - July 22, 2009
c. County in which first offense occurred
  Los Angeles
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles    ☐ Ventura
  ☐ Orange    ☐ Santa Barbara
  ☐ Riverside    ☐ San Luis Obispo
  ☐ San Bernardino    ☐ Other
Citation of offense 18 U.S.C. s 2261A(2)(A)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
  IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: October 2, 2009
  Case Number 09-2270M
  Charging 18 U.S.C. s 2261A(2)(A)

The complaint:   ☑ is still pending
  ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT?   ☐ Yes    ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes    ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☑ Male ☐ Female
- ☑ U.S. Citizen ☐ Alien
- Alias Name(s) Mark Bennett, handsfouryou, GOBLAZERS1

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☑ Other: interstate stalking

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: Oct 2, 6 pm
b. Posted bond at complaint level on: Oct 5, 2009 in the amount of $ 4,500
c. PSA supervision? ☑ Yes ☐ No
d. Is a Fugitive ☐ Yes ☑ No
e. Is on bail or release from another district: Arrested and Bail Set in ND IL
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☑ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: NONE
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: Excludeable Time Order Entered in 09-2270M excluding time period of October 26, 2009, through November 24, 2009

Date November 18, 2009

Signature of Assistant U.S. Attorney

Wesley L. Hsu
*Print Name*