## Memorandum 

CR 09 01215

| Subj: | Date: |
|---|---|
| United States v. Michael David Barrett | November 18, 2009 |

| To: | From: |
|---|---|
| TERRY J. NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | Wesley L. Hsu<br>Assistant United States Attorney<br>Criminal Division |

FILED 2009 NOV 18 PM 1:03 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

The matter relating to the above-referenced criminal action,

United States v. Michael David Barrett, being filed on November 18, 2009,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

Wesley L. Hsu
Assistant United States Attorney