Rule 5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. Michael David Barrett DEFENDANT(S) | CR 09-1215 REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

FILED 2009 NOV 20 PM 1:55 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/2/09  8:00  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)  Yes ☐  No ☒
3. Charges under which defendant has been booked: 18/2261A
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1961
8. The defendant is: ☐ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel ?  ☐ No
    ☒ Yes  Name: David Willingham  and Phone Number: (213) 629-9040
13. Did you notify Pretrial Services?  ☐ No
    ☒ If yes, please list Officer's Name: Ada Oneill  Time: 1:00  AM / ☒ PM
14. Remarks (if any): _____

15. Date: 11/20/09
16. Name: Justin Vallese (Please Print)
17. Agency: FBI
18. Signature: JnVallese
19. Office Phone Number: 310/477-6565

CR-64 (06/09)  REPORT COMMENCING CRIMINAL ACTION