*United States Pretrial Services*   FILED

United States District Court
Central District of California



2009 NOV 23 PM 2:35

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

BY _____

## PASSPORT RECEIPT

Defendant's name: Barrett, Michael David

Name on passport, if different:

Passport number: 028931571

Country of origin: United States

Date passport issued: March 4, 2004

Expiration date of passport: March 3, 2014

Ordered by court in the Central District of California or (district) Northern District Illinois

Docket Number: ~~09-22704~~ CR 09-1215

Surrendered by and date (print and sign): FBI Special Agent Justin N. Vallese
x Justin Vallese  x JNVallese  11/5/09

Received by and date (print and sign):
Calvin Hodge Jr  11/5/09

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

| [ ] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse<br>312 North Spring Street, Room 754<br>Los Angeles, CA 90012-4708<br>213-894-4726 / FAX 213-894-0231 | Edward R. Roybal Federal Building<br>255 East Temple Street, Room 1178<br>Los Angeles, CA 90012-3326<br>213-894-5568 / FAX 213-894-8892 | Ronald Reagan Federal Building<br>411 West Fourth Street, Room 4070<br>Santa Ana, CA 92701-4596<br>714-338-4550 / FAX 714-338-4570 | George E. Brown, Jr. Courthouse<br>3470 Twelfth Street, Room 161<br>Riverside, CA 92501<br>951-328-4490 / FAX 951-328-4489 |