GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
WESLEY L. HSU (SBN 188015)
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045
    Facsimile: (213) 894-8601
    email:    wesley.hsu@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-1215-R |
| Plaintiff, | STIPULATION RE: PROTECTIVE ORDER |
| v. | |
| MICHAEL DAVID BARRETT,<br>  aka "Mark Bennett,"<br>  aka "handsfouryou,"<br>  aka "GOBLAZERS1," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Wesley L. Hsu, and defendant Michael David Barrett ("defendant"), individually and through his counsel of record, David K. Willingham, hereby stipulate and request the Court to order as follows:

1      1.   The evidence in this matter includes personal

2  identification information and surreptitiously taken videos of

3  women nude (collectively "sensitive evidence").

4      2.   With respect to discovery provided by the government,

5  the parties stipulate, and request the Court to order, that only

6  defense counsel[1] and counsel's agents, specifically including any

7  experts retained by defense counsel, may possess the unredacted

8  sensitive evidence in conjunction with the criminal case and that

9  they may not use the unredacted sensitive evidence or any portion

10  thereof except for the specific purpose of preparing or

11  presenting a defense in this matter.  Defendant will not possess

12  any unredacted sensitive evidence at any time.  Defendant may

13  only review the sensitive evidence in the presence of defense

14  counsel or defense counsel's agent(s).

15      3.   If defense counsel deem it appropriate or necessary to

16  provide defendant a copy of any item identified by the government

17  as sensitive information, defense counsel will either obtain the

18  approval of an Assistant United States Attorney or an order of

19  this Court prior to providing defendant a copy.

20      4.   At the conclusion of this matter, defense counsel and

21  defense counsel's agent(s) will either return to the government

22  or destroy any and all copies of the sensitive information and

23  any portion thereof in their actual or constructive possession.

24  ///

25  ///

26  ///

27

28      [1]   Defense counsel include David K. Willingham, Andrew
Esbenshade, Rick Beuke, and Robert Heyne.

Defense counsel will notify the government when the return or destruction of the sensitive information is complete.

    IT IS SO STIPULATED.

                                        Respectfully Submitted,

                                        GEORGE S. CARDONA
                                        Acting United States Attorney

DATED: Dec. 3, 2009                     _____
                                        WESLEY L. HSU
                                        Assistant United States Attorney
                                        Chief, Cyber and Intellectual
                                        Property Crimes Section

                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA


DATED: Dec. __, 2009                    _____
                                        MICHAEL BARRETT
                                        Defendant


DATED: Dec. __, 2009                    _____
                                        DAVID K. WILLINGHAM
                                        ANDREW ESBENSHADE
                                        Caldwell, Leslie & Proctor LLP

                                        Counsel for Defendant
                                        Michael David Barrett

1  Defense counsel will notify the government when the return or

2  destruction of the sensitive information is complete.

3

4       IT IS SO STIPULATED.

5                              Respectfully Submitted,

6                              GEORGE S. CARDONA
                               Acting United States Attorney
7

8  DATED: Dec. __, 2009
                               _____
9                              WESLEY L. HSU
                               Assistant United States Attorney
10                             Chief, Cyber and Intellectual
                               Property Crimes Section
11
                               Attorney for Plaintiff
12                             UNITED STATES OF AMERICA

13
   DATED: Dec. 2, 2009
14                             _____
                               MICHAEL BARRETT
15                             Defendant

16

17 DATED: Dec. __, 2009
                               _____
18                             DAVID K. WILLINGHAM
                               ANDREW ESBENSHADE
19                             Caldwell, Leslie & Proctor LLP

20                             Counsel for Defendant
                               Michael David Barrett
21

22

23

24

25

26

27

28

                                 3

1  Defense counsel will notify the government when the return or

2  destruction of the sensitive information is complete.

3

4       IT IS SO STIPULATED.

5                                    Respectfully Submitted,

6                                    GEORGE S. CARDONA
                                     Acting United States Attorney
7

8  DATED: Dec. __, 2009
                                     _____
9                                    WESLEY L. HSU
                                     Assistant United States Attorney
10                                   Chief, Cyber and Intellectual
                                     Property Crimes Section
11
                                     Attorney for Plaintiff
12                                   UNITED STATES OF AMERICA

13

14 DATED: Dec. __, 2009
                                     _____
                                     MICHAEL BARRETT
15                                   Defendant

16

17 DATED: Dec. 2, 2009
                                     _____
18                                   DAVID K. WILLINGHAM
                                     ANDREW ESBENSHADE
19                                   Caldwell, Leslie & Proctor LLP

20                                   Counsel for Defendant
                                     Michael David Barrett
21

22

23

24

25

26

27

28

                                   3