CALDWELL LESLIE & PROCTOR, PC
DAVID K. WILLINGHAM, SBN 198874
Email: willingham@caldwell-leslie.com
ANDREW ESBENSHADE, SBN 202301
Email: esbenshade@caldwell-leslie.com
JEFFREY M. HAMMER, SBN 264232
Email: hammer@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
MICHAEL DAVID BARRETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL DAVID BARRETT,<br><br>　　　　　　　　　Defendant. | Case No. CR No. 09-1215-R<br><br>**AMENDED STIPULATION TO MODIFY CONDITIONS OF BOND FOR MICHAEL DAVID BARRETT**<br><br>([Proposed] Order filed concurrently herewith) |

The Plaintiff, United States of America, and the defendant, Michael David Barrett, by and through their respective counsel, hereby jointly submit the following Amended Stipulation Modifying Bond:

WHEREAS, on or about November 20, 2009, the Court set bond in this matter;

WHEREAS, Mr. Barrett has been regularly reporting to and is in good standing with his United States Pretrial Services Officer;

WHEREAS, Mr. Barrett has made all of his required court appearances;

WHEREAS, Mr. Barrett has no prior criminal record;

WHEREAS, the United States Pretrial Agency has no objection to the proposed modification, so long as Mr. Barrett provides prior notice and obtains approval for any employment and/or efforts to obtain the same; attendance at church; volunteer work; and attendance at counseling services;

IT IS HEREBY STIPULATED that, in light of the foregoing, the bond in this case shall be modified as follows:

1. Defendant Michael David Barrett shall, after providing notice to and obtaining approval from the United States Pretrial Services Agency, be permitted to: a) attempt to obtain employment and, if successful, fulfill the necessary attendance for such employment; b) attend church; c) attend counseling services; and d) participate in volunteer work.

2. Mr. Barrett also shall be permitted to transmit text messages to those individuals who are listed on the approved contact list for telephone calls. Further, Mr. Barrett's ex-wife will be added to the approved contact list and he will be permitted to call or receive calls from her cell and home telephones. Finally, Mr. Barrett will be permitted to use the telephone to conduct financial transactions such as paying bills and other banking and related activity.

3. Defendant's cell phone usage shall be restriced to the use of the cell

phone that was inspected and photographed by the U.S. Attorney's Office on November 23, 2009.

4. The restricition on the use of alcohol contained in the conditions of release imposed on November 20, 2009, shall be modified to prohibit "the excessive use of alcohol."

All other terms and conditions of the bond shall remain the same.

IT IS SO STIPULATED.

Dated: December ___, 2009

CALDWELL LESLIE & PROCTOR
DAVID K. WILLINGHAM
ANDREW ESBENSHADE
JEFFREY M. HAMMER

By: _____
DAVID K. WILLINGHAM
Attorneys for Defendant
MICHAEL DAVID BARRETT

Dated: December 9, 2009

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant U.S. Attorney
Chief, Criminal Division

By: _____  For
WESLEY HSU         Per Tel. Auth
Assistant U.S. Attorney
Chief, Cyber and Intellectual
Property Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2