UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR-09-1215-R**                                                                 Date: December 15, 2009

=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Ricardo Juarez | Bridget Montero | Wesley Hsu |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

=================================================================

| U.S.A. vs (Dft listed below) | Attorneys for Defendant |
|---|---|
| 1)  MICHAEL DAVID BARRETT<br>        X present    X bond | 1)    D. Willingham/A. Esbenshade<br>        X present    X retained |

_____

PROCEEDINGS:    CHANGE OF PLEA

Counsel state their appearances, including attorneys Daniel Alberstone and Marshall Grossman, counsel for non-party Erin Andrews, the victim in this case.

Court and counsel confer re: the change of plea. Erin Andrews requests permission to address the Court. The Court grants the request and hears from Ms. Andrews.

Defendant moves to change plea to the Single-Count Information.

Defendant is sworn. The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to the Single-Count Information.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made. The plea is accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO FEBRUARY 22, 2010 AT 1:30 P.M. FOR SENTENCING.**

                                                                                                                      31 min

MINUTES FORM 6                                                                          Initials of Deputy Clerk ___RJ___
CRIM -- GEN